UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                            :       CASE NO.: 18-16699-LMI
                                                  :
SANABI INVESTMENTS, L.L.C.,                       :       CHAPTER 7
                                                  :
    Debtor.                                       :
_____/

## TRUSTEE'S NOTICE OF ABANDONMENT

COMES NOW, Robert A. Angueira, as the Chapter 7 Trustee of the case captioned above and does hereby file this notice pursuant to §554 of the United States Bankruptcy Code and Local Rule 6007 (B)(1) that he intends to abandon the following property of the Debtor in that it is burdensome and of inconsequential value and benefit to the estate:

Personal Property described as:
**Apple All-in-One Computer
SN C02HM1ZSDHJF**

**Dell Dimension E521 (Computer Tower)
Product Key: RQYMV-VVG6F-2WKQ4-Q2F3G-RX9CY**

**The above listed personal property were the only computers located at the Debtor's warehouse located at 11421 NW 107th Street, Ste. 13, Miami, FL 33178 and secured by the Trustee**

**The above listed personal property is currently located at 16 SW 1 Ave, Miami, FL 33130**

PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.

Any party objecting to the abandonment must file its objection with the Bankruptcy Clerk's Office at the Claude Pepper Federal Building, 301 N. Miami Avenue, Room 150, Miami, FL 33128.

DATED: August 4, 2020.

_____
Robert A. Angueira
Chapter 7 Trustee
16 S.W. 1st Avenue
Miami, FL 33130

Case No.: 18-16699-LMI

## CERTIFICATE OF SERVICE

**I CERTIFY THAT** a copy of this *Notice of Abandonment* was mailed via first class mail to all persons on the attached mailing matrix this __4__ day of August, 2020.

**I CERTIFY THAT** a copy of this *Notice of Abandonment* was served via the Notice of Electronic Filing on this __4__ day of August, 2020 to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- Leslie A Berkoff    lberkoff@moritthock.com
- Melbalynn Fisher    Melbalynn.Fisher@mccalla.com, FLBKECF@mccalla.com;melbalynn.fisher@ecf.courtdrive.com,mccallaecf@ecf.courtdrive.com
- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Alejandro G Martinez-Maldonado    bk@exllegal.com
- Robert C Meyer    meyerrobertc@cs.com, rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com;meyerrr90112@notify.bestcase.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov
- David R. Softness    david@softnesslaw.com, mari@softnesslaw.com;sam@softnesslaw.com;david@ecf.inforuptcy.com;r44812@notify.bestcase.com
- H Michael Solloa    mxs@trippscott.com, bankruptcy@trippscott.com
- Charles R Sterbach    Charles.r.sterbach@usdoj.gov
- Howard S Toland    htoland@mitrani.com
- Chad T Van Horn    Chad@cvhlawgroup.com, Chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com

ROBERT A. ANGUEIRA  
Chapter 7 Trustee  
16 S.W. 1st Avenue  
Miami, Florida 33130  
Tel. (305) 263-3328  
e-mail trustee@rabankruptcy.com

By _____  
ROBERT A. ANGUEIRA  
Chapter 7 Trustee  
Florida Bar No. 0833241



Case 18-16699-LMI

VT Inc. as trustee of World Omni LT
c/o Michael Solloa, Esq.
110 SE 6th St., 15th Flr.
Fort Lauderdale, FL 33301-5004


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774


Florida Department of Revenue
8175 NW 12th St Ste 119
Doral, FL 33126-1828


Internal Revenue Service
7850 SW 6th Ct # 5730
Plantation, FL 33324-3210


National Funding Inc
9820 Towne Centre Dr
San Diego, CA 92121-1944


Nexogy
2121 Ponce de Leon Blvd Ste 200
Coral Gables, FL 33134-5256


Royal Truk Division
Attn: Barbara Miller
125 Sterling Ave
Orrville, OH 44667-1551



Adi Amit, Esq.
Lubell & Rosen, LLC
200 S Andrews Ave # 900
Fort Lauderdale, FL 33301-2068


(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238


Chrysler Capital
PO Box 660647
Dallas, TX 75266-0647


Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668


Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346


Newtek Small Business Finance, LLC
1981 Marcus Ave Ste 130
New Hyde Park, NY 11042-1046





Santander Consumer USA Inc. d/b/a/ Chrysler
P.O. BOX 961275
FORT WORTH, TX 76161-0275



Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3322


Arwin Nicolas Zapata Carrero et al.
c/o Rivkah F. Jass, Esq. J.H. Zidell PA
300 71st St Ste 605
Miami Beach, FL 33141-3089


Celtic Bank/Kabbage, Inc.
268 S State St Ste 300
Salt Lake City, UT 84111-5314


Citibank, N.A.
PO Box 790046
Saint Louis, MO 63179-0046


Integrated Vehicle Leasing, Inc.
734 Walt Whitman Rd
Melville, NY 11747-2216


Michelle M. Deeb, Esq. Of Counsel
Zumpano & Castro LLC
500 South Dixie Highway, Suite 302
Coral Gables, FL 33146-2768




Rivakah Jaff, Esq.
JH Zidell PA
300 71st St # 605
Miami Beach, FL 33141-3089


Todd Goldenfarb
POB 398806
Miami Beach FL 33239-8806

Toyota Financial Services
PO Box 70831
Charlotte, NC 28272-0831

US Bank as Servicer
PO Box 790117
Saint Louis, MO 63179-0117

USB Leasing LT
c/o U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229

VT Inc. as Trustee of World Omni LT
c/o H. Michael Solloa, Jr. Esquire
110 SE 6th Street, Suite 1500
Fort Lauderdale, FL 33301-5039

Arwin Nicolas Zapata Carrero
J.H.Zidell PA
300 71st Ste. 606
Miami Beach, FL 33141-3089


